UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hong Kong Brown International Trade Co. Ltd.
et al.,

Petitioners,

v.

FS Medical Supplies, LLC,

Respondent.

26-MC-104 (DEH)

ORDER

DALE E. HO, United States District Judge:

Petitioners move to quash a third-party subpoena arising from ongoing litigation in a federal district court in Texas. Respondent is directed to file any opposition by **March 13, 2026**. Any reply shall be filed by Petitioners by **March 17, 2026**. Petitioners shall serve this Order on Respondents by today and file proof of such service on the docket.

SO ORDERED.

Dated: March 10, 2026
New York, New York

DALE E. HO
United States District Judge